**Order entered April 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01073-CV
No. 05-18-01381-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM AND D/B/A METHODIST DALLAS MEDICAL CENTER, Appellant**

**V.**

**JESUS NIETO, RICHARDO FELIPE NIETO, JESSE NIETO, AND ORLANDO NIETO, EACH INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MARY JESSIE ALVAREZ, DECEASED, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02115**

## ORDER

Appellant's motion to consolidate oral argument, submission, and decision of cause number 05-18-01381-CV with cause number 05-18-01073-CV is **GRANTED**. Accordingly, we **CONSOLIDATE** appellate cause number 05-18-01381-CV into appellate cause number 05-18-01073-CV. All other pending motions in cause number 05-18-01381-CV are denied as moot.

We **DIRECT** the Clerk of the Court to transfer all documents in cause number 05-18-01381-CV into cause number 05-18-01073-CV. For administrative purposes, cause number 05-18-01381-CV is treated as a closed case. The parties, district clerk, and court reporter shall now use only cause number 05-18-01073-CV.

We **ORDER** that oral argument for the consolidated case shall take place on May 1, 2019 at 1:00 p.m. in the Merrill Hartman Courtroom located on the eighth floor, east tower, of the George L. Allen Sr. Courts building. Argument is limited to twenty minutes to each side and five minutes to appellant in rejoinder. If there are multiple parties on one side, we expect the parties to decide how they will apportion the allotted time.

We **DIRECT** the Clerk of the Court to remove cause number 05-18-01381-CV from the June 4, 2019 submission docket.

/s/      LANA MYERS
            PRESIDING JUSTICE